Criterion Advertising Company, Inc., Appellant, v. Clemensen's Florists and Decorators, Inc., Appellee.

Gen. No. 41,846.

Heard in first division, first district, this court at October term, 1941; opinion filed April 20, 1942. Culver & Mendelson, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."